# LAW OFFICE OF
# AARON J. TOLSON

Fee Agreement

Agreement between the above names hereinafter referred to as Client and Aaron J. Tolson, Attorney at Law, hereinafter referred to as Attorney.

Client retains Attorney for the above-described legal matter.

Client empowers Attorney to all things and to effect a compromise in said matter or to institute such legal actions(s) as may be advisable in his judgment, and agrees to pay for his services at the hourly rate of Two Hundred Fifty And no/00 ($250.00) per hour. Additionally, Attorney may withdraw from the Trust Account such funds as Attorney may determine and at such times as he may determine for the payment obligations of Client, including obligations owing by Client to Attorney.

Client shall pay an initial retainer of 10,000 against which Attorney shall bill Attorney's hourly rate. Client shall pay any fees and costs in excess of the initial retainer as Attorney may request; as Ordered by the Court; or as provided in any confirmed plan. Costs and necessary disbursements are to be advanced by the Client. In the event that the Client does not pay such fees and costs as provided herein, Attorney may discontinue services, and if Attorney deems it necessary, he may seek an Order from the Court granting leave to withdraw.

In certain unusual cases, Attorney may handle a bankruptcy on a flat fee. If applicable, Client shall pay a flat fee in the sum of $_____. Such flat fee shall only constitute representation of Client through the first scheduled confirmation hearing–scheduled by the Bankruptcy Court at the time of the scheduling of the meeting creditors as provided for in 11 U.S.C. § 341, which shall included preparation of the following pleadings and attending the following hearings:

**Amendments:** If the Bankruptcy documents need amending because of any oversight or omission on Client's part, sch as adding forgotten creditors or changing the amount owed to a creditor, there will be a charge for each amendment, as well as a charge to amend all Plans for any reason.

**Conversion:** In the event that Client seeks to convert the initially filed Bankruptcy to another chapter under the Bankruptcy Code, Client agrees to pay to Attorney the unpaid balance still due and owing under the prior chapter, plus all fees for the cost of converting at Attorney's hourly rate, including the preparation of all schedules, motions and petitions. Further, Client shall pay for attendance of all additional hearings at Attorney's hourly rate.

**Reaffirmation:** If this case is a Chapter 7 action, or has been converted to a Chapter 7action, and Client wishes to reaffirm a debt in order to keep an item or items of property, Client agrees to pay Attorney at his hourly rate for the preparation of all necessary documents, including the Reaffirmation Agreement, Petition, Order and all other related forms. In addition, Client shall pay for Attorney's attendance at the Reaffirmation Hearing.

**Modifications:** If this case is a Chapter 11, 12 or 13 petition and Client desires, or it becomes necessary to seek a modification of a Confirmed Chapter 11, 12 or 13 Plan, Client agrees to pay Attorney at his hourly rate for such modifications.

**Other Work:** If it becomes necessary to do anything else in this Bankruptcy case, such as defending of filing any Motions, Complaints, or reaffirming a debt to settle a dispute, Client agrees to pay Attorney at his hourly rate for all such legal work, plus costs.

**Definition of Legal Service/Work and Costs:** For the purposes of this agreement, legal services/work shall include office conferences, telephone conferences, drafting of pleadings, documents and letters, legal research, memoranda, briefs, negotiations, reviewing documents, travel time, preparation of hearings and attendance at hearings. Costs shall consist of filing fees, service of process fees, long distance telephone charges, postage, copying, appraisals, deposition fees, witness fees, exhibit preparation, and all other necessary costs.

**Dismissal, Substitution or Withdrawal of Attorney:** In the event this case is dismissed, or Attorney is substituted or withdraws, Client agrees to pay Attorney all monies due for legal services performed by him and for all costs incurred in this case, pursuant to the terms of this agreement, as of the date this case is dismissed, or Attorney is substituted or withdraws, any unpaid attorney's fees and costs.

**Attorney's Lien:** Attorney shall have a lien on all monies or property received in settlement of this case, or recovered by judgment, decree, execution, garnishment, or by any other proceeding whatsoever.

**Acknowledgment and Consents:** Client expressly acknowledges and agrees as follows:

- To comply with all Bankruptcy Court Orders, including, by way of illustration and not limitation, the turnover of all income tax returns and refunds demanded by the Court or the trustee as will be outlined in the Income Tax Turnover Order. Client further understands that failure to comply with a Court Order will result in Client being denied a discharge, or having a previously entered discharge revoked. Further, Client understands that any failure to comply with any Court Order can result in a dismissal of your Petition and an inability to refile for 180 days.
- Client has been informed that certain debts are not dischargeable in Bankruptcy, and that Client will continue to be responsible therefore.
- Client will keep Attorney, the Court, and the Trustee informed at all times as to any change of address or telephone number.
- Failure to be truthful with regard to any information required by the Bankruptcy documents filed with the Court, or with regard to any testimony given to the Court, is unlawful and could subject Client to possible punishment.
- Attorney will be allowed o withdraw, as Client's attorney of record should Client fail to pay Attorney any sums agreed to under this agreement.
- If this proceeding is a Chapter 7, and Client is in default on a debt for which a creditor holds any of Client's property as collateral, that the creditor has a right to repossess such property, subject to the Stay, Client's right to redeem the property, and a possible reaffirmation of such debt should the creditor agree to a reaffirmation.
- If this case is a Chapter 7, Client does not have an absolute right to dismiss it once commenced. Further, if this proceeding is a Chapter 13 or 12 and Client fails to make his payments as proposed, the Court could dismiss the case, or could convert it to a Chapter 7 liquidation, even if such action is against Client's will.

**Services Not Covered:** This agreement shall not apply to appeals, or to any other legal proceedings or services outside the Bankruptcy Court. In the event such proceedings or services are sought, the parties may enter into a new agreement concerning the attorney's fees and costs attendant to such additional proceedings or services.

Signed: _____    10-13-18
                                                                                       Date

# IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

## 11 U.S.C. § 527(b) Disclosure

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR
# UNDER 11 U.S.C. § 342(b)

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. A copy of that list has been attached to this notice for your convenience.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

<u>**Chapter 7**</u>**: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
   1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
   2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

11 U.S.C. § 527(a)(1) Disclosure

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**11 U.S.C. § 527(a)(1) Disclosure**

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this disclosure.

Certificate of Debtor

I (we), the debtor(s), affirm that I (we) have received and read this disclosure.

_Stephen Anderson_ _[signature]_ 10-15-18
Printed Name of Debtor            Signature of Debtor            Date

_MELANIE ANDERSON_ _[signature]_ 11/13/18
Printed Name of Debtor            Signature of Debtor            Date

**11 U.S.C. § 527(b) Disclosure**

### i. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

Certificate of Debtor

I (we), the debtor(s), affirm that I (we) have received and read this disclosure.

_Stephen J. Anderson_     _/s/ signature_     10-13-18
Printed Name of Debtor     Signature of Debtor     Date

_Melanie Anderson_     _/s/ signature_     10-13-18
Printed Name of Debtor     Signature of Debtor     Date

11 U.S.C. § 527(a)(1) Disclosure

# 11 U.S.C. § 527(a)(2) DISCLOSURE

Pursuant to the Bankruptcy Code, I am required to notify you of the following:

1. All information that you are required to provide with your bankruptcy petition and thereafter during your bankruptcy case is required to be <u>complete, accurate,</u> and <u>truthful</u>;

2. All assets and liabilities are required to be <u>completely and accurately disclosed</u> in the documents filed to commence your case, and the replacement value (as defined in section 506 of the Bankruptcy Code) of each asset must be stated in your bankruptcy documents where requested <u>after</u> a reasonable inquiry to establish such value;

3. Current monthly income, the amounts specified in 707(b)(2), and in a case under chapter 13, disposable income (as determined by 707(b)(2)) are required to be stated <u>after</u> a reasonable inquiry to establish such amounts;

AND

4. Information that you provide during your case <u>may be audited</u> pursuant to the Bankruptcy Code, and failure to provide such information may result in dismissal of you case or other sanction, <u>including criminal sanction</u>.

Certificate of Debtor

I (we), the debtor(s), affirm that I (we) have received and read this disclosure.

_Stephen J. Culbertson_  _[signature]_  10/13/18
Printed Name of Debtor    Signature of Debtor    Date

_MELANIE ANDERSON_  _[signature]_  10/13/18
Printed Name of Debtor    Signature of Debtor    Date