Jason R. Naess, ISB No. 8407
PARSONS, SMITH, STONE,
LOVELAND & SHIRLEY, LLP
137 West 13th Street
P. O. Box 910
Burley, ID  83318
jason@pmt.org
Telephone: (208) 878-8382
Facsimile:  (208) 878-0146
*Attorneys for Gary L. Rainsdon*
*Chapter 7 Trustee in Bankr. No. 15-40878*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In Re:<br><br>STEPHEN J. ANDERSON and MELANIE ANDERSON,<br><br>Debtor. | Case No. 18-40974-JMM<br><br>Chapter 11 |
|---|---|

## MOTION TO DISMISS

COMES NOW, creditor Gary L. Rainsdon ("Trustee Rainsdon"), acting in his capacity as the chapter 7 trustee of the bankruptcy estate of Stephen J. Anderson and Melanie Anderson in a prior chapter 7 case, Bankr. No. 15-40878, and a creditor in this case, by and through counsel, and, pursuant to § 1112(b), hereby moves the Court to Dismiss this bankruptcy case for cause. Trustee Rainsdon's Motion is based on the following:

### FACTS

1.      Debtors filed a chapter 7 bankruptcy case with this Court on September 9, 2015 (the "2015 Bankruptcy").  Bankr. No. 15-40878, Dkt. No. 1.

2.      Trustee Rainsdon was appointed as the chapter 7 trustee in the 2015 Bankruptcy. *See id.* at Dkt. No. 2.

3.      In connection with the 2015 Bankruptcy, Trustee Rainsdon sought turnover of certain pre-petition real estate commissions from Debtors, who are realtors.  *See id.* at Dkt. No.

43.  After an evidentiary hearing on the motion for turnover, the Court ordered Debtors to turn

$52,485.92 over to Trustee Raiinsdon as property of the 2015 Bankruptcy estate.  *Id.* at Dkt. No.

71.

4.     Trustee Rainsdon attempted to work with Debtors to obtain a turnover of the

ordered funds, to no avail.  *See* Adv. Pro. No. 17-8046-JDP, Dkt. No. 1.

5.     Eventually, Trustee Rainsdon commenced an adversary proceeding, seeking to

revoke Debtors discharge in the 2015 Bankruptcy.  *Id.*  After a trial on the matter, the Court

entered a Judgment in Trustee Rainsdon's favor as chapter 7 trustee in the 2015 Bankruptcy.

Adv. Pro. No. 17-4086, Dkt. No. 26.  Included in the Judgment revoking Debtor's discharge in

the 2015 Bankruptcy was a judgment against Debtors in favor of Trustee Rainsdon for

$52,485.92 (the "Judgment").  *Id.*

6.     On August 9, 2017, Connie Morris, Debtor Melanie Anderson's mother purchased

a home located at 2638 Legends Circle, Idaho Falls, Idaho.  It is believed she financed that

purchase.

7.     On October 23, 2019, after Trustee Rainsdon began collection efforts on the

Judgment, Debtors filed this chapter 11 case (the "2018 Bankruptcy").  Bankr. No. 18-40974-

JMM, Dkt. No. 1.

8.     In the 2018 Bankruptcy, Debtors have identified two sources of income to

potentially fund a chapter 11 plan:  the Debtors' income from commissions earned as Realtors,

which they indicate they first process through Bastille Enterprises; and Debtor Melanie

Anderson's earnings as a nurse.  Dkt. No. 33.

9.     Debtors' chapter 11 schedules do not indicate any obligation in connection with a

mortgage or home loan.  Dkt. No. 1 at Sch. D.

10.     Debtor Stephen Anderson has been involved in a family law case with his ex-wife for years, and, prior to the 2018 Bankruptcy, Debtors employed Aaron Wolfe as counsel in that case.  *See, e.g.,* Dkt. No. 1, Sch. E/F.  When Debtors filed the 2018 Bankruptcy, they owed Mr. Wolfe $48,000.00, and identified him as a creditor.  *Id.*

11.     On March 8, 2019, about five (5) months after commencing the 2018 Bankruptcy, Debtors filed an application to employ Mr. Wolfe as counsel in Stephen Anderson's family law case.  Dkt. No. 64.

12.     On May 20, 2019, the US Trustee objected to the application for employment of Aaron Wolfe, contending (1) Mr. Wolfe was not a disinterested person; (2) the application to employ had not adequately disclosed Mr. Wolfe's connections to the Debtors; and (3) that, despite efforts by the U.S. Trustee to obtain clarification from Debtors regarding the employment of Mr. Wolfe, those efforts had gone unanswered.  Dkt. No. 76.

13.     In response to the U.S. Trustee's Objection, apparently recognizing there were issues with Debtors' employment of Mr. Wolfe, Debtors withdrew the application to employ Mr. Wolfe.  Dkt. No. 78.

14.     Debtors, however, continue to pay Mr. Wolfe, including a payment of $1,137.72 in August 2019.  *See* Dkt. No. 99 at 26.  Debtors are now paying Aaron Wolfe from Bastille Enterprises, Inc.'s bank account, rather than the Debtor in Possession ("DIP") account.  *Id.*  At the same time, the only income to the Bastille Enterprises account is Debtors' real estate commissions.  *See id.*

15.     Since filing their bankruptcy in October 2018, Debtors' Monthly Operating Reports indicate they have been living an opulent lifestyle while their creditors continue to wait, now nearly a year later, for an adequate disclosure statement and a confirmable plan to be

proposed.  As an example of Debtors' lifestyle during their chapter 11 case, their monthly operating reports indicate:

a.      Debtors have spent $10,144.41 on clothing since filing the 2018 Bankruptcy less than a year ago.  *See* Exhibit A (identifying the transactions and the locations in the Monthly Operating Reports where the transactions can be verified).

b.      Debtors have spent $1,847.35 on entertainment, going to at least one concert and going to the movies most months since filing the 2018 Bankruptcy, often multiple times a month.  *Id.*

c.       Debtors have spent $4,655.61 on health and beauty purchases, including $897.00 through monthly expenditures at a nail salon, $1,095.00 on massages, $1,266.52 to cosmetic and skin care retailers, and an additional $604.93 to an entity identified in Debtors bank statements as "Polished Pinki."  *Id.*

d.      Debtors have spent $8,996.18 at home décor and hobby stores.  *Id.*

e.      Debtors have spent $5,173.74 at restaurants.  *Id.*

f.      Debtors have spent $3,982.41 on personal vacation expenses.  *Id.*

g.      Debtors have spent $2,832.98 at Home Depot and $1,078.97 at Sportsman's Warehouse.  *Id.*  They have paid a veterinarian $983.38 and spent another $904.44 at Petsmart.  *Id.*

h.      There are a number of payments that are impossible to determine what Debtors spent the money on:  they have withdrawn at least $3,380.00 in cash (not counting numerous purchases where they received "cash back" as part of the transaction); they have paid $2,539.00 through Venmo; and they have

spent $1,495.33 at Amazon.com and an additional $1,985.20 at Amazon

Marketplace.  *Id.*

These are just some of the transactions being run through Debtors' DIP account.  *See* Exhibit A.

None of these amounts include the funds Debtors have spent on similar transactions, including

entertainment purchases and restaurant meals, which they have paid during the 2018 Bankruptcy

from their Bastille Enterprises account before downstreaming money from that account to the

DIP account.  *See* Monthly Operating Reports (which include account information for Bastille

Enterprises in addition to the DIP account information).

16.    During the course of the 2018 Bankruptcy Debtors have made a monthly payment

of $2,627.05 from the DIP account on a home loan.  *See, e.g.,* Dkt. No. 99 at 11.  Debtors do not

own a house and are not the debtors on any home loan.

<u>**ARGUMENT**</u>

**I.  Debtor's case should be dismissed for cause**

Upon request of a party in interest, and after notice and a hearing, the Court is required to

convert a chapter 11 case to chapter 7 or to dismiss the case, whichever is in the best interests of

creditors and the estate, if cause is shown, unless the Court determines the appointment of a

chapter 11 trustee is in the best interest of creditors of the estate.  § 1112(b).  The Code includes

a non-exclusive list of what constitutes "cause," including:

> (A)  Substantial or continuing loss to or diminution of the estate and the
>       absence of a reasonable likelihood of rehabilitation; and
> (B)  Gross Mismanagement of the estate.

§ 1112(b)(4).

Trustee Rainsdon hereby requests dismissal of this case.  Conversion to chapter 7, or the

appointment of a trustee or examiner, are not in creditors' best interest.  Debtors have already

filed a chapter 7 case, in which their discharge was revoked.

This is a chapter 11 case filed by a married couple.  Debtors do not own any real property, their vehicles appear entirely encumbered, and they claim their other personal property as exempt.  Dkt. No. 1.  At the same time, Debtors are "individuals" and their post-petition income generated by their service as Realtors and as a nurse is property of the estate.  § 1115(a).  Due to the non-existence of other assets of the estate, the only property of the estate potentially available to creditors in this case is the funds earned by Debtors.  *Id.*

Since the filing of Debtors' chapter 11 bankruptcy case, they have spent $58,642.16 of estate property on what can be classified as non-essential expenses.  *See* Exhibit A.  Debtors' monthly operating reports indicate that, rather than judiciously conserving the significant earnings they have generated during their time in chapter 11, as of their August 2019 monthly operating report, Debtors had a net cash loss of $3,459.73 post-petition.  Dkt. No. 99 at 4.

Debtors have had nearly a year to show they are able to manage their affairs in a manner that would allow them to develop and confirm a plan and pay off their creditors.  All they have shown during that time is an ability to spend significant amounts of money only clothing, beauty products, massages, meals at restaurants, etc., while their creditors are kept at bay by the automatic stay.  While minimal expenditures of money on such items might be expected by an individual chapter 11 debtor during the course of a case, Debtors' expenditures are excessive and frivolous.  They are debtors in a chapter 11 case, owe a duty to creditors, and Debtors' pattern of expenditures shows a gross mismanagement of estate property and continuing loss to estate property.

Further, Debtors spend significant money each month paying a debt they do not owe.  Nowhere in Debtors' petition or schedules do they indicate an obligation on a home loan.  *See*

Dkt. No. 1.  Yet, each month they pay $2,627.05 on such a loan.  That loan is owed by Melanie

Anderson's mother, not Debtors, and Debtors' use of estate funds to pay someone else's debts is

additional evidence of gross mismanagement of the estate.

Debtors also continue to pay Aaron Wolfe for legal services in connection with Stephen

Anderson's family law case.  They pay Mr. Wolfe through Bastille Enterprises, rather than the

DIP account.  *See, e.g.,* Dkt. No. 99 at 26.  The only income into Bastille Enterprises, however, is

Debtors' real estate commissions; in other words, property of the estate.  § 1115(a).  Debtors are

using estate funds to pay Mr. Wolfe, either on the debt they owed him pre-petition or as a

professional currently employed by, and providing services to, Debtors, all without Court

approval.  Such is improper and, as the previous motion and withdrawal of application to employ

Mr. Wolfe show, Debtors are aware Court approval is necessary to employ Mr. Wolfe.  Rather

than get proper approval, however, they simply choose to keep paying Mr. Wolfe with estate

funds without authorization.  This disregard for the Bankruptcy Code and Rules demonstrates

further gross mismanagement of the estate and/or independent "cause" sufficient to warrant the

dismissal of Debtors' case.

Debtors have been in their chapter 11 case for nearly a year.  They have no free assets, no

business to reorganize, and few creditors to pay.  Debtors have had more than sufficient time to

put together and to confirm a plan.  Instead they have been enjoying the protections of their

bankruptcy filing while spending money that would otherwise be available to pay creditors at an

alarming rate.  Their flaunting of the bankruptcy system by wallowing in chapter 11 and spending

substantial estate funds on personal extravagances is inappropriate, and this case should be

dismissed.

## CONCLUSION

Debtors' gross mismanagement of the bankruptcy estate, the continuing loss to the estate, and the other inappropriate conduct during this chapter 11 provide cause supporting dismissal of Debtors' case. If the Court finds that cause is present, it is required to dismiss or convert the case, or to appoint a trustee or examiner. Conversion is not in creditors' best interest, as Debtors do not own any liquidatable assets and have already had their discharge revoked in a prior chapter 7. Dismissal is the appropriate remedy.

DATED October 14, 2019.

PARSONS, SMITH, STONE, LOVELAND & SHIRLEY, LLP

Jason R. Naess
Counsel for Gary L. Rainsdon

**In re Stephen J. Anderson and Melanie Anderson**
**Bankr. No. 18-40974-JMM**
**Funds Spent By Debtors as Reported in Monthly Operating Reports**
**Funds Spent on Clothing (By Date)**

| Date | Recipient | Amount | Dkt. | Page |
|---|---|---|---|---|
| 11/2/2018 | Shein | $83.74 | 47 | 20 |
| 11/3/2018 | Tommy Hilfiger | $134.49 | 47 | 21 |
| 11/3/2018 | Tommy Hilfiger | $35.50 | 47 | 21 |
| 11/3/2018 | Adidas | $74.20 | 47 | 21 |
| 11/4/2018 | Macys | $25.42 | 47 | 21 |
| 11/4/2018 | Macys | $63.58 | 47 | 21 |
| 11/4/2018 | Macys | $25.42 | 47 | 21 |
| 11/4/2018 | Macys | $31.79 | 47 | 21 |
| 11/23/2018 | Chicos | $147.47 | 47 | 30 |
| 12/10/2018 | San Michele Idaho Falls | $32.16 | 49 | 10 |
| 12/13/2018 | Myintent.org | $161.00 | 49 | 11 |
| 12/19/2018 | Ann Taylor Retail | $35.39 | 49 | 11 |
| 12/20/2018 | American Eagle | $41.28 | 49 | 12 |
| 12/24/2018 | Chicos | $100.00 | 49 | 12 |
| 12/24/2018 | JC Penney | $8.37 | 49 | 12 |
| 12/26/2018 | Boot Barn | $100.00 | 49 | 12 |
| 1/2/2019 | Dillards | $761.39 | 61 | 10 |
| 1/3/2019 | Dillards | $141.72 | 61 | 10 |
| 1/3/2019 | Dillards - Refund | ($291.50) | 61 | 10 |
| 1/10/2019 | JC Penney | $68.69 | 61 | 11 |
| 1/10/2019 | Dillards | $244.38 | 61 | 11 |
| 1/10/2019 | Dillards | $227.37 | 61 | 11 |
| 1/10/2019 | Dillards | $205.11 | 61 | 11 |
| 1/11/2019 | Ann Taylor Retail | $169.73 | 61 | 11 |
| 1/22/2019 | Soft Surroundings | $107.30 | 61 | 11 |
| 1/22/2019 | Boot Barn | $6.35 | 61 | 12 |
| 1/23/2019 | Dales Jewelers | $56.00 | 61 | 12 |
| 1/28/2019 | Shoe Carnival | $67.24 | 61 | 13 |
| 1/28/2019 | Dillards | $275.55 | 61 | 13 |
| 1/28/2019 | Dillards | $121.68 | 61 | 13 |
| 1/30/2019 | Talbots | $786.35 | 61 | 13 |
| 1/31/2019 | Soft Surroundings | $90.75 | 61 | 13 |
| 1/31/2019 | Zumiez | $63.52 | 61 | 13 |
| 2/4/2019 | Aeropostale | $93.25 | 74 | 2 |
| 2/6/2019 | Dillards | $62.70 | 74 | 2 |

| | | | | |
|---|---|---|---|---|
| 2/11/2019 | Dillards | $99.42 | 74 | 3 |
| 2/11/2019 | Dillards | $93.86 | 74 | 3 |
| 2/13/2019 | Dillards | $25.44 | 74 | 3 |
| 2/13/2019 | Macys | $69.96 | 74 | 3 |
| 2/21/2019 | American Eagle | $71.49 | 74 | 4 |
| 2/27/2019 | Soft Surroundings | $97.35 | 74 | 4 |
| 3/7/2019 | Zumiez | $52.95 | 75 | 10 |
| 3/11/2019 | JC Penney | $171.72 | 75 | 11 |
| 3/25/2019 | TJ Maxx | $213.99 | 75 | 13 |
| 3/25/2019 | JC Penney | $103.88 | 75 | 13 |
| 3/25/2019 | Macys | $32.25 | 75 | 13 |
| 3/25/2019 | Macys | $71.61 | 75 | 13 |
| 4/17/2019 | Chicos | $436.91 | 79 | 18 |
| 4/17/2019 | Chicos | $24.30 | 79 | 18 |
| 4/17/2019 | Ann Taylor Retail | $148.01 | 79 | 18 |
| 4/17/2019 | Nordstrom | $184.44 | 79 | 18 |
| 4/17/2019 | Dillards | $235.29 | 79 | 18 |
| 4/17/2019 | Chicos - Refund | ($164.34) | 79 | 18 |
| 4/18/2019 | The Tie Shop | $60.89 | 79 | 18 |
| 4/18/2019 | Dillards | $90.10 | 79 | 18 |
| 4/18/2019 | Dillards | $78.76 | 79 | 18 |
| 4/18/2019 | Dillards | $63.60 | 79 | 18 |
| 4/19/2019 | Talbot's | $895.95 | 79 | 18 |
| 4/22/2019 | Talbot's | $66.41 | 79 | 18 |
| 5/10/2019 | Chicos | $48.49 | 85 | 25 |
| 5/13/2019 | 1210 Station Park | $67.41 | 85 | 25 |
| 5/13/2019 | H&M | $18.17 | 85 | 25 |
| 6/3/2019 | Heyday Bozeman MT | $67.95 | 86 | 14 |
| 6/4/2019 | Schnee's Bozeman MT | $53.90 | 86 | 14 |
| 6/12/2019 | Forever 21 | $46.01 | 86 | 16 |
| 6/17/2019 | Zumiez | $69.30 | 86 | 17 |
| 6/17/2019 | Dillards | $67.84 | 86 | 17 |
| 6/17/2019 | TJ Maxx | $112.05 | 86 | 17 |
| 7/1/2019 | Dillards | $151.37 | 94 | 10 |
| 7/17/2019 | Chicos | $204.91 | 94 | 12 |
| 7/18/2019 | Chicos | $32.74 | 94 | 12 |
| 7/18/2019 | Work Wearhouse | $307.77 | 94 | 12 |
| 7/29/2019 | Dillards | $170.13 | 94 | 14 |
| 8/12/2019 | Dillards | $106.00 | 99 | 11 |
| 8/21/2019 | Chicos | $20.12 | 99 | 13 |
| 8/26/2019 | Uniform Destination | $133.28 | 99 | 13 |

| 8/26/2019 | Tommy Hilfiger | $121.05 | 99 | 13 |
| 8/26/2019 | Vera Bradley | $29.00 | 99 | 14 |
| 8/26/2019 | White House Black Market | $262.37 | 99 | 14 |
| 8/26/2019 | Zara USA | $182.34 | 99 | 14 |
| 8/26/2019 | Zara USA | $54.85 | 99 | 14 |
| 8/26/2019 | Dillards | $63.93 | 99 | 14 |
| 8/26/2019 | Marshalls | $111.65 | 99 | 14 |
| 8/26/2019 | Ann Taylor Retail | $60.15 | 99 | 14 |
| **Total** | | **$10,144.41** | | |

**In re Stephen J. Anderson and Melanie Anderson**
**Bankr. No. 18-40974-JMM**
**Funds Spent By Debtors as Reported in Monthly Operating Reports**
**Funds Spent on Entertainment (By Date)**

| Date | Recipient | Amount | Dkt. | Page |
|------|-----------|--------|------|------|
| 11/1/2018 | Apple Itunes | $6.99 | 47 | 20 |
| 11/3/2018 | Netflix | $13.99 | 47 | 20 |
| 11/4/2018 | Prime Video | $9.95 | 47 | 21 |
| 11/5/2018 | Prime Video | $5.99 | 47 | 21 |
| 11/9/2018 | Apple Itunes | $4.99 | 47 | 22 |
| 11/9/2018 | Apple Itunes | $7.99 | 47 | 22 |
| 11/9/2018 | Apple Itunes | $0.99 | 47 | 22 |
| 11/11/2018 | Directv NFL Sunday Ticket | $104.99 | 47 | 22 |
| 11/15/2018 | Hulu | $11.99 | 47 | 23 |
| 11/15/2018 | Hulu | $4.99 | 47 | 23 |
| 11/15/2018 | Apple Itunes | $1.05 | 47 | 23 |
| 11/20/2018 | Kindle Services | $1.99 | 47 | 24 |
| 11/23/2018 | Acorn.Tv | $4.99 | 47 | 25 |
| 11/23/2018 | Harkins | $44.50 | 47 | 25 |
| 11/23/2018 | Apple Itunes | $9.99 | 47 | 25 |
| 11/23/2018 | Apple Itunes | $7.99 | 47 | 25 |
| 11/26/2018 | Apple Itunes | $0.99 | 47 | 26 |
| 11/26/2018 | Apple Itunes | $6.99 | 47 | 26 |
| 11/26/2018 | Harkins | $12.00 | 47 | 30 |
| 11/26/2018 | Harkins | $18.00 | 47 | 30 |
| 12/17/2018 | Edwards Grd Teton Stdm | $23.20 | 49 | 11 |
| 12/17/2018 | Edwards Grd Teton Stdm | $17.23 | 49 | 11 |

| 12/18/2018 | Prime Video | $3.99 | 49 | 11 |
|---|---|---|---|---|
| 12/19/2018 | Audible | $15.85 | 49 | 11 |
| 12/26/2018 | Fandango.com | $44.28 | 49 | 13 |
| 12/26/2018 | Edwards Grd Teton Stdm | $30.48 | 49 | 13 |
| 12/26/2018 | Prime Video | $3.99 | 49 | 13 |
| 12/26/2018 | Prime Video | $0.99 | 49 | 13 |
| 12/27/2018 | Regal Cashstar | $50.00 | 49 | 13 |
| 12/27/2018 | Regal Cashstar | $25.00 | 49 | 13 |
| 12/31/2018 | Prime Video | $3.99 | 49 | 13 |
| 1/4/2019 | Prime Video | $9.95 | 61 | 10 |
| 1/7/2019 | Prime Video | $5.99 | 61 | 10 |
| 1/18/2019 | Prime Video | $3.99 | 61 | 11 |
| 1/22/2019 | Audible | $15.85 | 61 | 11 |
| 1/22/2019 | Edwards Grd Teton Stdm | $20.97 | 61 | 12 |
| 1/22/2019 | Edwards Grd Teton Stdm | $15.03 | 61 | 12 |
| 2/4/2019 | Prime Video | $9.95 | 74 | 2 |
| 2/6/2019 | Prime Video | $5.99 | 74 | 2 |
| 2/6/2019 | TedX Idaho Falls | $91.42 | 74 | 2 |
| 2/11/2019 | Amazon Digital | $5.99 | 74 | 2 |
| 2/15/2019 | Edwards Grd Teton Stdm | $20.21 | 74 | 3 |
| 2/15/2019 | Prime Video | $5.99 | 74 | 3 |
| 2/15/2019 | Prime Video | $10.59 | 74 | 3 |
| 2/19/2019 | Amazon Digital | $3.99 | 74 | 4 |
| 2/25/2019 | Prime Video | $3.99 | 74 | 4 |
| 2/28/2019 | Apple Itunes | $3.99 | 74 | 5 |
| 3/1/2019 | Prime Video | $4.99 | 75 | 10 |
| 3/4/2019 | Apple Itunes | $4.99 | 75 | 10 |
| 3/4/2019 | Edwards Grd Teton Stdm | $20.21 | 75 | 10 |
| 3/5/2019 | Prime Video | $5.99 | 75 | 10 |
| 3/11/2019 | Apple Itunes | $0.99 | 75 | 10 |
| 3/13/2019 | Prime Video | $5.29 | 75 | 11 |
| 3/18/2019 | Prime Video | $3.99 | 75 | 12 |
| 3/19/2019 | Prime Video | $12.72 | 75 | 12 |
| 3/19/2019 | Audible | $15.85 | 75 | 12 |
| 3/19/2019 | Leos Place Inc. | $12.99 | 75 | 12 |
| 3/21/2019 | Amazon Digital | $3.99 | 75 | 12 |
| 3/22/2019 | Royal Theaters | $6.50 | 75 | 13 |
| 3/25/2019 | Prime Video | $3.99 | 75 | 13 |
| 3/25/2019 | Prime Video | $3.99 | 75 | 13 |
| 3/25/2019 | Apple Itunes | $7.99 | 75 | 13 |
| 3/28/2019 | Apple Itunes | $3.99 | 75 | 13 |

| | | | | |
|---|---|---|---|---|
| 3/29/2019 | Royal Theaters | $8.00 | 75 | 13 |
| 3/29/2019 | Prime Video | $5.99 | 75 | 13 |
| 4/1/2019 | Amazon Digital | $14.99 | 79 | 16 |
| 4/4/2019 | Apple Itunes | $4.99 | 79 | 16 |
| 4/8/2019 | Prime Video | $5.99 | 79 | 16 |
| 4/8/2019 | Edwards Grd Teton Stdm | $20.97 | 79 | 16 |
| 4/8/2019 | Edwards Grd Teton Stdm | $20.21 | 79 | 16 |
| 4/9/2019 | Apple Itunes | $0.99 | 79 | 16 |
| 4/15/2019 | Prime Video | $3.99 | 79 | 17 |
| 4/15/2019 | Hulu | $37.97 | 79 | 17 |
| 4/18/2019 | Prime Video | $3.99 | 79 | 18 |
| 4/26/2019 | Sawyer Brown Concert Tickets | $84.00 | 79 | 19 |
| 4/29/2019 | Apple Itunes | $3.99 | 79 | 19 |
| 4/29/2019 | Apple Itunes | $7.99 | 79 | 19 |
| 4/30/2019 | Prime Video | $10.59 | 79 | 19 |
| 5/1/2019 | Amazon Digital | $14.99 | 85 | 23 |
| 5/6/2019 | Netflix | $15.99 | 85 | 23 |
| 5/6/2019 | Apple Itunes | $4.99 | 85 | 23 |
| 5/6/2019 | Prime Video | $5.99 | 85 | 23 |
| 5/6/2019 | Prime Video | $3.17 | 85 | 24 |
| 5/6/2019 | Prime Video | $3.17 | 85 | 24 |
| 5/6/2019 | Prime Video | $5.99 | 85 | 24 |
| 5/9/2019 | Apple Itunes | $0.99 | 85 | 24 |
| 5/14/2019 | Edwards Grd Teton Stdm | $20.97 | 85 | 25 |
| 5/14/2019 | Edwards Grd Teton Stdm | $20.00 | 85 | 25 |
| 5/15/2019 | Hulu | $37.97 | 85 | 25 |
| 5/20/2019 | Amazon Digital | $3.99 | 85 | 26 |
| 5/20/2019 | Amazon Digital | $3.99 | 85 | 26 |
| 5/28/2019 | Apple Itunes | $7.99 | 85 | 27 |
| 5/28/2019 | Edwards Grd Teton Stdm | $32.57 | 85 | 28 |
| 5/28/2019 | Edwards Grd Teton Stdm | $24.00 | 85 | 28 |
| 6/3/2019 | Apple Itunes | $8.98 | 86 | 14 |
| 6/3/2019 | Prime Video | $14.99 | 86 | 14 |
| 6/4/2019 | Netflix | $15.99 | 86 | 14 |
| 6/4/2019 | Prime Video | $2.99 | 86 | 14 |
| 6/5/2019 | Prime Video | $5.99 | 86 | 15 |
| 6/10/2019 | Edwards Grd Teton Stdm | $20.97 | 86 | 15 |
| 6/10/2019 | Edwards Grd Teton Stdm | $15.00 | 86 | 15 |
| 6/10/2019 | Apple Itunes | $0.99 | 86 | 15 |
| 6/10/2019 | Prime Video | $10.59 | 86 | 15 |
| 6/10/2019 | Prime Video | $4.23 | 86 | 16 |

| Date | Description | Amount | | |
|---|---|---:|---:|---:|
| 6/10/2019 | Prime Video | $3.99 | 86 | 16 |
| 6/17/2019 | Hulu | $22.98 | 86 | 17 |
| 6/17/2019 | Roaring Springs | $11.00 | 86 | 17 |
| 6/18/2019 | Prime Video | $3.99 | 86 | 18 |
| 6/19/2019 | Audible | $15.85 | 86 | 18 |
| 6/21/2019 | Prime Video | $3.17 | 86 | 18 |
| 6/21/2019 | Prime Video | $3.17 | 86 | 18 |
| 6/25/2019 | True Royalty TV | $5.99 | 86 | 19 |
| 6/26/2019 | Apple Itunes | $8.98 | 86 | 19 |
| 6/26/2019 | Prime Video | $10.59 | 86 | 19 |
| 6/26/2019 | Prime Video | $3.17 | 86 | 19 |
| 6/26/2019 | Prime Video | $10.59 | 86 | 19 |
| 6/26/2019 | Amazon Digital | $10.59 | 86 | 19 |
| 7/1/2019 | Prime Video | $3.99 | 94 | 10 |
| 7/1/2019 | Amazon Digital | $3.99 | 94 | 10 |
| 7/1/2019 | Amazon Digital | $14.99 | 94 | 10 |
| 7/2/2019 | Apple Itunes | $8.98 | 94 | 10 |
| 7/3/2019 | Prime Video | $18.02 | 94 | 11 |
| 7/5/2019 | Netflix | $15.99 | 94 | 11 |
| 7/5/2019 | Prime Video | $5.99 | 94 | 11 |
| 7/9/2019 | Apple Itunes | $0.99 | 94 | 11 |
| 7/15/2019 | Hulu | $22.98 | 94 | 12 |
| 7/15/2019 | Apple Itunes | $1.99 | 94 | 12 |
| 7/18/2019 | Prime Video | $3.99 | 94 | 12 |
| 7/19/2019 | Audible | $15.85 | 94 | 12 |
| 7/25/2019 | True Royalty TV | $5.99 | 94 | 13 |
| 7/26/2019 | Prime Video | $3.99 | 94 | 13 |
| 7/29/2019 | Prime Video | $3.99 | 94 | 14 |
| 7/29/2019 | Apple Itunes | $11.98 | 94 | 14 |
| 7/30/2019 | Apple Itunes | $4.99 | 94 | 14 |
| 7/30/2019 | Prime Video | $3.17 | 94 | 14 |
| 7/31/2019 | Prime Video | $3.17 | 94 | 14 |
| 7/31/2019 | Amazon Digital | $3.99 | 94 | 14 |
| 8/1/2019 | Amazon Digital | $4.23 | 99 | 10 |
| 8/1/2019 | Prime Video | $14.99 | 99 | 10 |
| 8/2/2019 | Prime Video | $11.65 | 99 | 10 |
| 8/5/2019 | Netflix | $15.99 | 99 | 10 |
| 8/6/2019 | Prime Video | $5.99 | 99 | 10 |
| 8/7/2019 | Edwards Grd Teton Stdm | $21.08 | 99 | 10 |
| 8/7/2019 | Edwards Grd Teton Stdm | $12.17 | 99 | 10 |
| 8/9/2019 | Apple Itunes | $0.99 | 99 | 10 |

| 8/12/2019 | Prime Video | $5.99 | 99 | 11 |
|---|---|---|---|---|
| 8/12/2019 | Edwards Grd Teton Stdm | $9.37 | 99 | 11 |
| 8/12/2019 | Edwards Grd Teton Stdm | $16.20 | 99 | 11 |
| 8/15/2019 | Hulu | $22.98 | 99 | 12 |
| 8/19/2019 | Prime Video | $3.99 | 99 | 12 |
| 8/19/2019 | Prime Video | $3.99 | 99 | 12 |
| 8/19/2019 | Audible | $15.85 | 99 | 12 |
| 8/26/2019 | True Royalty TV | $5.99 | 99 | 13 |
| 8/28/2019 | Apple Itunes | $7.99 | 99 | 14 |
| **Total** | | **$1,847.35** | | |

| In re Stephen J. Anderson and Melanie Anderson<br>Bankr. No. 18-40974-JMM<br>Funds Spent By Debtors as Reported in Monthly Operating Reports<br>Funds Spent on Health and Beauty (By Date) | | | | |
|---|---|---|---|---|
| **Date** | **Recipient** | **Amount** | **Dkt.** | **Page** |
| 11/13/2018 | Sport Clips | $46.20 | 47 | 22 |
| 11/26/2018 | Cali Nails | $38.00 | 47 | 30 |
| 11/26/2018 | Sport Clips | $28.00 | 47 | 30 |
| 12/7/2018 | Ulta | $258.21 | 49 | 10 |
| 12/14/2018 | Ulta | $53.42 | 49 | 11 |
| 12/17/2018 | Cali Nails | $76.00 | 49 | 11 |
| 12/17/2018 | Massage Envy | $60.00 | 49 | 11 |
| 12/17/2018 | Sport Clips | $72.00 | 49 | 11 |
| 12/20/2018 | Massage Envy | $15.00 | 49 | 12 |
| 12/26/2018 | Massage Envy | $70.00 | 49 | 12 |
| 1/2/2019 | Massage Envy | $60.00 | 61 | 10 |
| 1/2/2019 | Sport Clips | $64.17 | 61 | 10 |
| 1/4/2019 | Natural Beauty | $159.00 | 61 | 10 |
| 1/14/2019 | Cali Nails | $42.00 | 61 | 11 |
| 1/22/2019 | Forever Flawless | $318.00 | 61 | 12 |
| 1/22/2019 | Ulta | $67.25 | 61 | 12 |
| 1/24/2019 | Sport Clips | $23.00 | 61 | 12 |
| 1/24/2019 | Massage Envy | $60.00 | 61 | 12 |
| 1/28/2019 | Lush | $99.63 | 61 | 13 |
| 1/30/2019 | Sport Clips | $33.00 | 61 | 13 |
| 2/1/2019 | Massage Envy | $60.00 | 74 | 2 |

| | | | | |
|---|---|---|---|---|
| 2/11/2019 | Cali Nails | $115.00 | 74 | 2 |
| 2/11/2019 | Polished Pinki | $515.91 | 74 | 2 |
| 2/13/2019 | Polished Pinki | $89.02 | 74 | 3 |
| 2/21/2019 | Massage Envy | $55.00 | 74 | 3 |
| 3/4/2019 | Massage Envy | $60.00 | 75 | 10 |
| 3/11/2019 | Soothing Massage | $30.00 | 75 | 11 |
| 3/13/2019 | Massage Envy | $60.00 | 75 | 11 |
| 3/18/2019 | Sport Clips | $21.00 | 75 | 12 |
| 3/20/2019 | Cali Nails | $105.00 | 75 | 12 |
| 3/20/2019 | Great Clips | $46.00 | 75 | 12 |
| 3/25/2019 | Ulta | $228.96 | 75 | 13 |
| 4/1/2019 | Massage Envy | $60.00 | 79 | 16 |
| 4/11/2019 | Sport Clips | $20.00 | 79 | 17 |
| 4/17/2019 | Lush | $75.81 | 79 | 18 |
| 4/25/2019 | Cali Nails | $110.00 | 79 | 19 |
| 4/29/2019 | Sport Clips | $21.00 | 79 | 19 |
| 5/1/2019 | Massage Envy | $60.00 | 85 | 23 |
| 5/1/2019 | Massage Envy | $15.00 | 85 | 23 |
| 5/6/2019 | Massage Envy | $75.00 | 85 | 23 |
| 5/14/2019 | Phlur | $18.00 | 85 | 25 |
| 5/15/2019 | GNC | $68.88 | 85 | 25 |
| 5/20/2019 | Cali Nails | $102.00 | 85 | 26 |
| 5/22/2019 | Massage Envy | $95.00 | 85 | 26 |
| 5/29/2019 | Great Clips | $36.00 | 85 | 28 |
| 5/31/2019 | Massage Envy | $60.00 | 85 | 28 |
| 6/17/2019 | Cali Nails | $102.00 | 86 | 17 |
| 6/17/2019 | Sport Clips | $23.00 | 86 | 17 |
| 6/24/2019 | Great Clips | $56.91 | 86 | 18 |
| 6/26/2019 | Sport Clips | $20.00 | 86 | 19 |
| 7/1/2019 | Massage Envy | $60.00 | 94 | 10 |
| 7/2/2019 | Massage Envy | $20.00 | 94 | 10 |
| 7/12/2019 | Cali Nails | $105.00 | 94 | 12 |
| 7/29/2019 | Great Clips | $16.00 | 94 | 14 |
| 7/31/2019 | Massage Envy | $60.00 | 94 | 14 |
| 8/5/2019 | Ulta | $47.21 | 99 | 10 |
| 8/7/2019 | Great Clips | $20.00 | 99 | 10 |
| 8/8/2019 | Massage Envy | $60.00 | 99 | 10 |
| 8/12/2019 | Cali Nails | $102.00 | 99 | 10 |
| 8/26/2019 | Lush | $118.03 | 99 | 14 |
| **Total** | | **$4,655.61** | | |

**In re Stephen J. Anderson and Melanie Anderson**
**Bankr. No. 18-40974-JMM**
**Funds Spent By Debtors as Reported in Monthly Operating Reports**
**Funds Spent on Home Décor and Hobbies (By Date)**

| Date | Recipient | Amount | Dkt. | Page |
|---|---|---|---|---|
| 11/14/2018 | Hayneedle | $545.76 | 47 | 23 |
| 12/7/2018 | Grandin Road | $271.80 | 49 | 10 |
| 12/7/2018 | Etsy.com | $9.99 | 49 | 10 |
| 12/10/2018 | The Flower Mine | $74.55 | 49 | 10 |
| 12/10/2018 | Peir 1 Imports | $50.31 | 49 | 10 |
| 12/10/2018 | Mini Bazaar | $134.42 | 49 | 10 |
| 12/10/2018 | Real Deals | $160.89 | 49 | 10 |
| 12/17/2018 | Hobby Lobby | $77.85 | 49 | 11 |
| 12/18/2018 | Peir 1 Imports | $79.39 | 49 | 11 |
| 12/18/2018 | Peir 1 Imports - Refund | ($50.31) | 49 | 11 |
| 12/20/2018 | Peir 1 Imports | $31.75 | 49 | 12 |
| 12/21/2018 | Peir 1 Imports | $52.92 | 49 | 12 |
| 12/24/2018 | Bed Bath & Beyond | $94.06 | 49 | 12 |
| 12/31/2018 | Mini Bazaar | $245.66 | 49 | 12 |
| 2/11/2019 | Ikea | $92.72 | 74 | 2 |
| 2/11/2019 | Etsy.com | $189.99 | 74 | 2 |
| 2/11/2019 | Bed Bath & Beyond | $241.65 | 74 | 2 |
| 2/19/2019 | Ikea | $86.35 | 74 | 3 |
| 2/27/2019 | Décor Steals Inc. | $29.98 | 74 | 5 |
| 2/27/2019 | Mini Bazaar | $41.58 | 74 | 5 |
| 3/11/2019 | Tuesday Morning | $35.37 | 75 | 11 |
| 3/11/2019 | Peir 1 Imports | $42.39 | 75 | 11 |
| 3/11/2019 | Tuesday Morning | $107.88 | 75 | 11 |
| 3/25/2019 | Etsy.com | $272.00 | 75 | 13 |
| 3/25/2019 | Bed Bath & Beyond | $108.25 | 75 | 13 |
| 3/29/2019 | Grandin Road | $93.97 | 75 | 13 |
| 4/4/2019 | Tuesday Morning | $111.27 | 79 | 16 |
| 4/5/2019 | Michaels | $8.13 | 79 | 16 |
| 4/8/2019 | Williams Sonoma | $98.75 | 79 | 16 |
| 4/10/2019 | Mini Bazaar | $121.46 | 79 | 17 |
| 4/11/2019 | Modsy.com | $69.00 | 79 | 17 |
| 4/11/2019 | Real Deals | $216.00 | 79 | 17 |
| 4/12/2019 | Tuesday Morning | $184.38 | 79 | 17 |
| 4/15/2019 | Peir 1 Imports | $225.97 | 79 | 17 |
| 4/15/2019 | Peir 1 Imports | $13.55 | 79 | 17 |

| | | | | |
|---|---|---|---|---|
| 4/15/2019 | Tuesday Morning | $85.39 | 79 | 17 |
| 4/15/2019 | A.C. Moore | $277.62 | 79 | 17 |
| 4/15/2019 | Hobby Lobby | $72.13 | 79 | 17 |
| 4/15/2019 | A.C. Moore | $65.50 | 79 | 17 |
| 4/15/2019 | Hobby Lobby | $80.46 | 79 | 17 |
| 4/22/2019 | Mini Bazaar | $252.14 | 79 | 18 |
| 5/17/2019 | Peir 1 Imports | $41.82 | 85 | 26 |
| 5/20/2019 | Peir 1 Imports | $155.33 | 85 | 26 |
| 5/20/2019 | Select Comfort | $199.00 | 85 | 26 |
| 5/20/2019 | Hobby Lobby | $84.02 | 85 | 26 |
| 5/20/2019 | Eagle Rock Nursery | $253.66 | 85 | 26 |
| 5/22/2019 | Garden Gate Nursery | $692.84 | 85 | 26 |
| 5/30/2019 | Select Comfort | $335.83 | 85 | 28 |
| 5/30/2019 | Select Comfort | $26.15 | 85 | 28 |
| 6/4/2019 | Décor Steals Inc. | $61.99 | 86 | 14 |
| 6/7/2019 | Peir 1 Imports | $3.21 | 86 | 15 |
| 6/11/2019 | Layers Beautiful Bedding | $289.52 | 86 | 16 |
| 6/12/2019 | Homegoods | $107.41 | 86 | 16 |
| 6/13/2019 | Salt City Accents | $34.78 | 86 | 16 |
| 6/17/2019 | Mini Bazaar | $68.60 | 86 | 17 |
| 6/17/2019 | Hobby Lobby | $2.11 | 86 | 17 |
| 6/20/2019 | Wayfair | $283.01 | 86 | 18 |
| 7/2/2019 | Wayfair | $264.99 | 94 | 10 |
| 7/8/2019 | Hobby Lobby | $21.48 | 94 | 11 |
| 7/8/2019 | Peir 1 Imports | $25.41 | 94 | 11 |
| 7/18/2019 | Containerstore.com | $226.07 | 94 | 12 |
| 7/22/2019 | Eagle Rock Nursery | $118.15 | 94 | 13 |
| 7/22/2019 | Eagle Rock Nursery | $40.26 | 94 | 13 |
| 8/5/2019 | Eagle Rock Nursery | $66.74 | 99 | 10 |
| 8/16/2019 | Changing Seasons Inc. | $76.31 | 99 | 12 |
| 8/26/2019 | Sur LA Table | $65.45 | 99 | 14 |
| 8/26/2019 | Gallerie 32 Murray UT | $378.20 | 99 | 14 |
| 8/26/2019 | Williams Sonoma | $70.92 | 99 | 14 |
| **Total** | | **$8,996.18** | | |

**In re Stephen J. Anderson and Melanie Anderson**
**Bankr. No. 18-40974-JMM**
**Funds Spent By Debtors as Reported in Monthly Operating Reports**
**Funds Spent on Restaurants (By Date)**

| Date | Recipient | Amount | Dkt. | Page |
|---|---|---|---|---|
| 11/1/2018 | Taco Bell | $13.22 | 47 | 20 |
| 11/2/2018 | Jimmy Johns | $15.78 | 47 | 20 |
| 11/3/2018 | McDonald's | $16.80 | 47 | 21 |
| 11/4/2018 | El Jaliciense No 3 | $23.18 | 47 | 21 |
| 11/4/2018 | Jimmy Johns | $32.86 | 47 | 21 |
| 11/6/2018 | Jimmy Johns | $10.40 | 47 | 21 |
| 11/7/2018 | Café Rio | $11.11 | 47 | 22 |
| 11/7/2018 | Taco Bell | $5.93 | 47 | 22 |
| 11/8/2018 | Plum Loco | $19.13 | 47 | 22 |
| 11/9/2018 | Olive Garden | $85.76 | 47 | 22 |
| 11/9/2018 | Wendys | $12.04 | 47 | 22 |
| 11/9/2018 | Pizza Pie Café | $65.54 | 47 | 22 |
| 11/10/2018 | McDonald's | $12.48 | 47 | 22 |
| 11/11/2018 | Jakers | $101.27 | 47 | 22 |
| 11/16/2018 | McDonald's | $16.72 | 47 | 23 |
| 11/17/2018 | Teton House | $70.10 | 47 | 23 |
| 11/17/2018 | McDonald's | $18.62 | 47 | 23 |
| 11/18/2018 | Papa Tom's Pizza | $25.75 | 47 | 24 |
| 11/18/2018 | Café Sabor | $66.04 | 47 | 24 |
| 11/19/2018 | Five Guys | $73.65 | 47 | 24 |
| 11/22/2018 | Subway | $16.96 | 47 | 25 |
| 11/22/2018 | Jack In the Box | $7.78 | 47 | 25 |
| 11/24/2018 | Mi Rancho | $93.88 | 47 | 25 |
| 11/26/2018 | Burger King | $13.51 | 47 | 25 |
| 11/26/2018 | Geradines Bakeshop | $12.58 | 47 | 26 |
| 11/26/2018 | Starbucks | $8.45 | 47 | 30 |
| 11/27/2018 | Flat Breadz | $31.35 | 47 | 30 |
| 11/27/2018 | Sonic Drive In | $8.98 | 47 | 30 |
| 11/29/2018 | Red Lobster | $68.04 | 47 | 26 |
| 12/5/2018 | Soda Tsunami | $6.93 | 49 | 10 |
| 12/10/2018 | Great Harvest Bread Co. | $29.01 | 49 | 10 |
| 12/10/2018 | New Hong Kong | $75.40 | 49 | 10 |
| 12/10/2018 | Jimmy Johns | $17.12 | 49 | 10 |
| 12/14/2018 | El Jaliciense No 3 | $23.18 | 49 | 11 |
| 12/17/2018 | Papa Murphys | $38.16 | 49 | 11 |

| | | | | |
|---|---|---|---|---|
| 12/24/2018 | Geradines Bakeshop | $34.17 | 49 | 12 |
| 12/24/2018 | Dominos | $85.74 | 49 | 12 |
| 1/2/2019 | Red Robin | $60.98 | 61 | 10 |
| 1/7/2019 | Dominos | $41.27 | 61 | 10 |
| 1/8/2019 | McDonald's | $24.66 | 61 | 10 |
| 1/10/2019 | Café Rio | $25.09 | 61 | 11 |
| 1/11/2019 | Soda Tsunami | $4.83 | 61 | 11 |
| 1/22/2019 | McDonald's | $7.49 | 61 | 11 |
| 1/22/2019 | Papa Murphys | $21.73 | 61 | 11 |
| 1/22/2019 | McDonald's | $5.91 | 61 | 12 |
| 1/22/2019 | McDonald's | $11.10 | 61 | 12 |
| 1/23/2019 | Jimmy Johns | $8.51 | 61 | 12 |
| 1/25/2019 | Taco Bell | $5.49 | 61 | 12 |
| 1/28/2019 | Sonic Drive In | $12.08 | 61 | 13 |
| 1/28/2019 | Plum Loco | $54.03 | 61 | 13 |
| 1/30/2019 | Taco Bell | $5.49 | 61 | 13 |
| 1/31/2019 | Jack In the Box | $5.70 | 61 | 13 |
| 2/1/2019 | Jakers | $71.32 | 74 | 2 |
| 2/4/2019 | Stockmans Restaurant | $90.26 | 74 | 2 |
| 2/13/2019 | Jimmy Johns | $25.51 | 74 | 3 |
| 2/14/2019 | Café Rio | $4.76 | 74 | 3 |
| 2/15/2019 | The Caramel Tree | $87.45 | 74 | 3 |
| 2/19/2019 | Arctic Circle | $14.91 | 74 | 3 |
| 2/21/2019 | Dutch Bros. | $4.75 | 74 | 4 |
| 2/22/2019 | Café Sabor | $11.53 | 74 | 4 |
| 2/25/2019 | McDonald's | $8.88 | 74 | 4 |
| 2/25/2019 | Pizza Hut | $44.18 | 74 | 4 |
| 2/26/2019 | McDonald's | $9.92 | 74 | 4 |
| 2/28/2019 | Jack In the Box | $6.13 | 74 | 5 |
| 3/4/2019 | Fiesta Ole | $5.38 | 75 | 10 |
| 3/4/2019 | Fiesta Ole | $23.30 | 75 | 10 |
| 3/11/2019 | McDonald's | $16.48 | 75 | 11 |
| 3/12/2019 | Papa Tom's Pizza | $55.88 | 75 | 11 |
| 3/13/2019 | Café Rio | $8.68 | 75 | 11 |
| 3/13/2019 | Pick Me Up | $16.36 | 75 | 11 |
| 3/14/2019 | Jack In the Box | $5.70 | 75 | 11 |
| 3/15/2019 | Red Lobster | $79.66 | 75 | 11 |
| 3/18/2019 | Jimmy Johns | $8.51 | 75 | 12 |
| 3/18/2019 | Café Sabor | $64.57 | 75 | 12 |
| 3/18/2019 | McDonald's | $16.08 | 75 | 12 |
| 3/18/2019 | Fiesta Ole | $18.70 | 75 | 12 |

| 3/18/2019 | McDonald's | $6.87 | 75 | 12 |
| 3/20/2019 | Chick-Fil-A | $7.78 | 75 | 12 |
| 3/21/2019 | IHOP | $62.57 | 75 | 12 |
| 3/21/2019 | Taco Bell | $6.35 | 75 | 12 |
| 3/22/2019 | Soda Tsunami | $7.76 | 75 | 13 |
| 3/22/2019 | Subway | $17.46 | 75 | 13 |
| 3/25/2019 | Café Rio | $9.21 | 75 | 13 |
| 3/26/2019 | Taco Bell | $23.98 | 75 | 13 |
| 4/1/2019 | Johnny Carinos | $14.53 | 79 | 16 |
| 4/4/2019 | Kneaders | $12.27 | 79 | 16 |
| 4/8/2019 | Burger King | $21.97 | 79 | 16 |
| 4/8/2019 | D Railed Idaho Falls | $130.59 | 79 | 16 |
| 4/8/2019 | Café Rio | $31.44 | 79 | 16 |
| 4/9/2019 | Jimmy Johns | $8.88 | 79 | 16 |
| 4/12/2019 | Freddy's Frozen Custard | $2.96 | 79 | 17 |
| 4/15/2019 | Taco Johns | $14.25 | 79 | 17 |
| 4/19/2019 | Chik-fil-A | $6.55 | 79 | 18 |
| 4/19/2019 | Dairy Queen | $17.94 | 79 | 18 |
| 4/22/2019 | Taco Bell | $16.95 | 79 | 18 |
| 4/22/2019 | McDonald's | $23.24 | 79 | 18 |
| 4/22/2019 | McDonald's | $25.68 | 79 | 18 |
| 4/26/2019 | Taco Bell | $6.22 | 79 | 19 |
| 4/29/2019 | McDonald's | $8.45 | 79 | 19 |
| 4/30/2019 | Dutch Bros. | $14.70 | 79 | 19 |
| 5/1/2019 | Café Rio | $4.76 | 85 | 23 |
| 5/2/2019 | Kneaders | $9.62 | 85 | 23 |
| 5/3/2019 | Café Sabor | $66.64 | 85 | 23 |
| 5/6/2019 | Jimmy Johns | $8.88 | 85 | 23 |
| 5/6/2019 | Dominos | $42.63 | 85 | 23 |
| 5/6/2019 | Pizza Factory | $30.39 | 85 | 23 |
| 5/6/2019 | Dairy Queen | $5.28 | 85 | 24 |
| 5/7/2019 | Jimmy Johns | $36.52 | 85 | 24 |
| 5/7/2019 | Fuji Hibachi & Sushi | $27.26 | 85 | 24 |
| 5/7/2019 | McDonald's | $4.75 | 85 | 24 |
| 5/8/2019 | Jack In the Box | $12.79 | 85 | 24 |
| 5/13/2019 | It'Sugar | $21.87 | 85 | 25 |
| 5/13/2019 | Plum Loco | $100.00 | 85 | 25 |
| 5/13/2019 | McDonald's | $7.50 | 85 | 25 |
| 5/17/2019 | Jack In the Box | $10.67 | 85 | 25 |
| 5/20/2019 | Plum Loco | $48.62 | 85 | 26 |
| 5/20/2019 | Dutch Bros. | $18.60 | 85 | 26 |

| | | | | |
|---|---|---|---|---|
| 5/20/2019 | McDonald's | $4.55 | 85 | 26 |
| 5/20/2019 | Taco Bell | $23.17 | 85 | 26 |
| 5/20/2019 | Fuji Hibachi & Sushi | $62.96 | 85 | 26 |
| 5/22/2019 | McDonald's | $14.38 | 85 | 26 |
| 5/23/2019 | Dairy Queen | $15.86 | 85 | 27 |
| 5/23/2019 | Noodles & Co. | $31.27 | 85 | 27 |
| 5/28/2019 | Wendys | $5.21 | 85 | 27 |
| 5/28/2019 | Dutch Bros. | $7.75 | 85 | 27 |
| 5/28/2019 | Papa Tom's Pizza | $57.00 | 85 | 27 |
| 5/28/2019 | Café Sabor | $32.30 | 85 | 27 |
| 5/28/2019 | Baskin Robins | $10.47 | 85 | 27 |
| 5/28/2019 | Dutch Bros. | $12.00 | 85 | 27 |
| 5/28/2019 | Sweet Ventures | $23.83 | 85 | 28 |
| 5/28/2019 | Jalisco's | $49.24 | 85 | 28 |
| 5/30/2019 | Kneaders | $25.59 | 85 | 28 |
| 5/30/2019 | Jimmy Johns | $8.88 | 85 | 28 |
| 5/31/2019 | Café Sabor | $40.00 | 85 | 28 |
| 6/3/2019 | Fuji Hibachi & Sushi | $93.66 | 86 | 14 |
| 6/3/2019 | Dutch Bros. | $14.08 | 86 | 14 |
| 6/3/2019 | Pompeys Grill | $153.40 | 86 | 14 |
| 6/4/2019 | Starky's Authentic | $39.00 | 86 | 14 |
| 6/5/2019 | Taco Bell | $9.61 | 86 | 15 |
| 6/6/2019 | McDonald's | $6.66 | 86 | 15 |
| 6/6/2019 | Reeds Dairy | $5.83 | 86 | 15 |
| 6/10/2019 | Café Sabor | $26.47 | 86 | 15 |
| 6/10/2019 | Johnny Carinos | $33.50 | 86 | 15 |
| 6/10/2019 | Taco Bell | $7.41 | 86 | 15 |
| 6/11/2019 | Pick Me Up | $7.02 | 86 | 16 |
| 6/11/2019 | Café Rio | $22.03 | 86 | 16 |
| 6/12/2019 | Reeds Dairy | $10.08 | 86 | 16 |
| 6/12/2019 | Chocolate Cove | $30.64 | 86 | 16 |
| 6/13/2019 | Soda Tsunami | $7.76 | 86 | 16 |
| 6/14/2019 | Papa Murphys | $21.20 | 86 | 16 |
| 6/17/2019 | Arbys | $16.07 | 86 | 17 |
| 6/17/2019 | Pick Me Up | $10.12 | 86 | 17 |
| 6/17/2019 | Famous Daves | $57.98 | 86 | 17 |
| 6/18/2019 | Subway | $9.52 | 86 | 17 |
| 6/21/2019 | Rizo's Pizza | $27.73 | 86 | 18 |
| 6/21/2019 | Kneaders | $5.29 | 86 | 18 |
| 6/24/2019 | Café Rio | $31.44 | 86 | 18 |
| 6/24/2019 | Dos Amigos Winnemucca | $82.82 | 86 | 18 |

| | | | | |
|---|---|---|---|---|
| 6/24/2019 | KFC | $36.03 | 86 | 19 |
| 6/25/2019 | Subway | $42.43 | 86 | 19 |
| 7/1/2019 | Pie Pizzeria | $47.06 | 94 | 10 |
| 7/1/2019 | Jimmy Johns | $40.11 | 94 | 10 |
| 7/1/2019 | Arbys | $24.65 | 94 | 10 |
| 7/1/2019 | McDonald's | $19.32 | 94 | 10 |
| 7/1/2019 | KFC | $16.95 | 94 | 10 |
| 7/5/2019 | McDonald's | $7.52 | 94 | 11 |
| 7/5/2019 | Taco Bell | $8.88 | 94 | 11 |
| 7/11/2019 | Dominos | $23.52 | 94 | 11 |
| 7/16/2019 | McDonald's | $16.82 | 94 | 12 |
| 7/18/2019 | Café Rio | $22.22 | 94 | 12 |
| 7/22/2019 | McDonald's | $18.15 | 94 | 12 |
| 7/22/2019 | A Street Soup | $26.00 | 94 | 13 |
| 7/22/2019 | Baskin Robins | $10.68 | 94 | 13 |
| 7/25/2019 | Plum Loco | $55.82 | 94 | 13 |
| 7/26/2019 | Pretzelmaker | $14.16 | 94 | 13 |
| 7/29/2019 | Café Rio | $23.91 | 94 | 14 |
| 7/29/2019 | Sonic Drive In | $5.49 | 94 | 14 |
| 8/7/2019 | Fiesta Ole | $12.99 | 99 | 10 |
| 8/9/2019 | Puerto Escondido | $29.44 | 99 | 10 |
| 8/12/2019 | McDonald's | $10.77 | 99 | 11 |
| 8/14/2019 | McDonald's | $6.74 | 99 | 11 |
| 8/14/2019 | McDonald's | $2.12 | 99 | 11 |
| 8/19/2019 | McDonald's | $4.86 | 99 | 12 |
| 8/19/2019 | Café Sabor | $31.66 | 99 | 12 |
| 8/20/2019 | McDonald's | $23.97 | 99 | 12 |
| 8/21/2019 | Papa Tom's Pizza | $5.00 | 99 | 13 |
| 8/26/2019 | McDonald's | $8.34 | 99 | 13 |
| 8/26/2019 | Soda Tsunami | $10.12 | 99 | 13 |
| 8/26/2019 | Dairy Queen | $5.82 | 99 | 13 |
| 8/26/2019 | McDonald's | $8.46 | 99 | 13 |
| 8/26/2019 | Rocky Mountain Chocolate | $15.65 | 99 | 13 |
| 8/26/2019 | Capriottis | $25.59 | 99 | 14 |
| 8/26/2019 | Panda Express | $27.00 | 99 | 14 |
| 8/26/2019 | Brios | $75.99 | 99 | 14 |
| 8/26/2019 | McDonald's | $8.69 | 99 | 14 |
| 8/26/2019 | KFC | $21.26 | 99 | 14 |
| 8/30/2019 | Fiesta Ole | $9.51 | 99 | 15 |
| **Total** | | **$5,173.74** | | |

**In re Stephen J. Anderson and Melanie Anderson**
**Bankr. No. 18-40974-JMM**
**Funds Spent By Debtors as Reported in Monthly Operating Reports**
**Funds Spent on Personal Travel (By Date)**

| Date | Recipient | Amount | Dkt. | Page |
|---|---|---|---|---|
| 11/20/2018 | Allegiant Travel | $1,555.78 | 47 | 24 |
| 11/25/2018 | Alamo Rent a Car | $234.65 | 47 | 25 |
| 1/14/2019 | Kelly Canyon Ski Resort | $33.00 | 61 | 11 |
| 2/8/2019 | Kelly Canyon Ski Resort | $33.00 | 74 | 2 |
| 3/4/2019 | Uber | $18.78 | 75 | 10 |
| 4/15/2019 | Best Western Orofino Idaho | $139.32 | 79 | 17 |
| 4/22/2019 | Delta Air | $767.10 | 79 | 18 |
| 4/23/2019 | Travel Insurance | $51.78 | 79 | 19 |
| 5/7/2019 | Best Western Orofino Idaho | $266.34 | 85 | 24 |
| 5/17/2019 | Southwest | $438.00 | 85 | 26 |
| 5/24/2019 | Uber | $11.64 | 85 | 27 |
| 5/28/2019 | Uber | $5.00 | 85 | 27 |
| 6/4/2019 | Cmon Inn Bozeman | $162.49 | 86 | 14 |
| 6/17/2019 | Roaring Springs | $11.00 | 86 | 17 |
| 7/1/2019 | Courtyard by Marriot | $6.41 | 94 | 10 |
| 8/27/2019 | Hampton Inn Salt Lake | $248.12 | 99 | 14 |
| **Total** | | **$3,982.41** | | |

**In re Stephen J. Anderson and Melanie Anderson**
**Bankr. No. 18-40974-JMM**
**Funds Spent By Debtors as Reported in Monthly Operating Reports**
**Funds Spent on Miscellaneous (By Recipient)**

| Date | Recipient | Amount | Dkt. | Page |
|---|---|---|---|---|
| 8/19/2019 | 1B Market Firstbuildsh | $3.99 | 99 | 12 |
| 8/7/2019 | Ace Hardware | $23.08 | 99 | 10 |
| 11/6/2018 | Amazon | $79.99 | 47 | 21 |
| 11/13/2018 | Amazon | $37.09 | 47 | 22 |
| 11/15/2018 | Amazon | $20.78 | 47 | 23 |
| 11/16/2018 | Amazon | $25.58 | 47 | 23 |
| 11/29/2018 | Amazon | $179.24 | 47 | 26 |
| 12/21/2018 | Amazon | $52.99 | 49 | 12 |

| | | | | |
|---|---|---|---|---|
| 12/28/2018 | Amazon | $35.23 | 49 | 13 |
| 1/4/2019 | Amazon | $46.63 | 61 | 10 |
| 2/13/2019 | Amazon | $284.10 | 74 | 3 |
| 2/19/2019 | Amazon | $25.43 | 74 | 4 |
| 3/7/2019 | Amazon | $12.24 | 75 | 10 |
| 3/12/2019 | Amazon | $11.52 | 75 | 11 |
| 4/3/2019 | Amazon | $31.79 | 79 | 16 |
| 4/4/2019 | Amazon | $3.17 | 79 | 16 |
| 4/29/2019 | Amazon | $37.52 | 79 | 19 |
| 5/7/2019 | Amazon | $25.09 | 85 | 24 |
| 5/20/2019 | Amazon | $61.92 | 85 | 26 |
| 5/24/2019 | Amazon | $37.85 | 85 | 27 |
| 7/9/2019 | Amazon | $168.54 | 94 | 11 |
| 7/9/2019 | Amazon | $12.69 | 94 | 11 |
| 8/6/2019 | Amazon | $41.34 | 99 | 10 |
| 8/15/2019 | Amazon | $190.75 | 99 | 12 |
| 8/22/2019 | Amazon | $73.85 | 99 | 13 |
| 12/18/2018 | Amazon Marketplace | $44.95 | 49 | 11 |
| 12/24/2018 | Amazon Marketplace | $46.78 | 49 | 12 |
| 12/24/2018 | Amazon Marketplace | $26.95 | 49 | 12 |
| 1/4/2019 | Amazon Marketplace | $144.99 | 61 | 10 |
| 1/7/2019 | Amazon Marketplace | $49.14 | 61 | 10 |
| 1/17/2019 | Amazon Marketplace | $56.75 | 61 | 11 |
| 1/18/2019 | Amazon Marketplace | $18.99 | 61 | 11 |
| 1/23/2019 | Amazon Marketplace | $199.00 | 61 | 12 |
| 2/26/2019 | Amazon Marketplace | $39.29 | 74 | 4 |
| 3/7/2019 | Amazon Marketplace | $6.39 | 75 | 10 |
| 3/7/2019 | Amazon Marketplace | $25.00 | 75 | 10 |
| 3/12/2019 | Amazon Marketplace | $87.58 | 75 | 11 |
| 3/13/2019 | Amazon Marketplace | $72.03 | 75 | 11 |
| 3/19/2019 | Amazon Marketplace | $69.09 | 75 | 12 |
| 3/20/2019 | Amazon Marketplace | $19.98 | 75 | 12 |
| 3/21/2019 | Amazon Marketplace | $129.98 | 75 | 12 |
| 4/1/2019 | Amazon Marketplace | $25.98 | 79 | 16 |
| 4/29/2019 | Amazon Marketplace | $43.93 | 79 | 19 |
| 5/16/2019 | Amazon Marketplace | $219.99 | 85 | 25 |
| 5/16/2019 | Amazon Marketplace | $95.39 | 85 | 25 |
| 5/16/2019 | Amazon Marketplace | $14.18 | 85 | 25 |
| 5/16/2019 | Amazon Marketplace | $9.97 | 85 | 25 |
| 5/24/2019 | Amazon Marketplace | $12.99 | 85 | 27 |
| 6/4/2019 | Amazon Marketplace | $15.89 | 86 | 14 |

| | | | | |
|---|---|---|---|---|
| 6/10/2019 | Amazon Marketplace | $12.71 | 86 | 15 |
| 6/25/2019 | Amazon Marketplace | $20.13 | 86 | 19 |
| 7/9/2019 | Amazon Marketplace | $25.43 | 94 | 11 |
| 7/16/2019 | Amazon Marketplace | $21.18 | 94 | 12 |
| 7/22/2019 | Amazon Marketplace | $86.25 | 94 | 12 |
| 7/30/2019 | Amazon Marketplace | $65.68 | 94 | 14 |
| 7/30/2019 | Amazon Marketplace | $86.50 | 94 | 14 |
| 8/26/2019 | Amazon Marketplace | $9.81 | 99 | 13 |
| 8/27/2019 | Amazon Marketplace | $182.30 | 99 | 14 |
| 7/24/2019 | Amazon Prime | $126.14 | 94 | 13 |
| 12/21/2018 | Barnes Noble | $20.78 | 49 | 12 |
| 2/13/2019 | Barnes Noble | $12.66 | 74 | 3 |
| 2/13/2019 | Barnes Noble | $3.42 | 74 | 3 |
| 8/14/2019 | Bell Photography | $12.00 | 99 | 11 |
| 8/14/2019 | Bell Photography | $25.44 | 99 | 11 |
| 8/14/2019 | Bell Photography | $16.00 | 99 | 11 |
| 12/21/2018 | Best Buy | $157.93 | 49 | 12 |
| 12/24/2018 | Best Buy | $151.88 | 49 | 12 |
| 6/17/2019 | Best Buy | $52.95 | 86 | 17 |
| 1/22/2019 | Big 5 Sporting Goods | $31.26 | 61 | 12 |
| 7/1/2019 | Bills Bike and Run | $90.44 | 94 | 10 |
| 7/29/2019 | Bills Bike and Run | $110.34 | 94 | 14 |
| 11/20/2018 | Bonneville County Courts | $359.50 | 47 | 24 |
| 12/26/2018 | Cabelas | $32.00 | 49 | 12 |
| 12/10/2018 | Cash Withdrawal | $80.00 | 49 | 10 |
| 2/11/2019 | Cash Withdrawal | $63.00 | 74 | 3 |
| 2/13/2019 | Cash Withdrawal | $1,000.00 | 74 | 3 |
| 2/14/2019 | Cash Withdrawal | $125.00 | 74 | 3 |
| 2/21/2019 | Cash Withdrawal | $45.00 | 74 | 4 |
| 3/1/2019 | Cash Withdrawal | $105.50 | 75 | 10 |
| 3/18/2019 | Cash Withdrawal | $85.50 | 75 | 12 |
| 4/24/2019 | Cash Withdrawal | $200.00 | 79 | 19 |
| 5/1/2019 | Cash Withdrawal | $205.00 | 85 | 23 |
| 5/2/2019 | Cash Withdrawal | $105.00 | 85 | 23 |
| 5/23/2019 | Cash Withdrawal | $100.00 | 85 | 27 |
| 6/4/2019 | Cash Withdrawal | $200.00 | 86 | 15 |
| 7/1/2019 | Cash Withdrawal | $305.50 | 94 | 10 |
| 7/15/2019 | Cash Withdrawal | $25.00 | 94 | 12 |
| 7/29/2019 | Cash Withdrawal | $225.00 | 94 | 14 |
| 8/19/2019 | Cash Withdrawal | $240.00 | 99 | 12 |
| 8/21/2019 | Cash Withdrawal | $45.50 | 99 | 13 |

| Date | Description | Amount | | |
|---|---|---|---|---|
| 8/22/2019 | Cash Withdrawal | $160.00 | 99 | 13 |
| 8/27/2019 | Cash Withdrawal | $65.00 | 99 | 14 |
| 1/17/2019 | CLKBANK*COM | $39.22 | 61 | 11 |
| 7/15/2019 | CLKBANK*COM | $41.34 | 94 | 12 |
| 7/15/2019 | CLKBANK*COM | $25.44 | 94 | 12 |
| 2/26/2019 | College Planning F | $795.00 | 74 | 4 |
| 11/16/2018 | Countryside Veterinary | $196.00 | 47 | 23 |
| 11/23/2018 | Countryside Veterinary | $63.59 | 47 | 30 |
| 1/22/2019 | Countryside Veterinary | $63.59 | 61 | 11 |
| 3/26/2019 | Countryside Veterinary | $65.71 | 75 | 13 |
| 5/20/2019 | Countryside Veterinary | $90.09 | 85 | 26 |
| 6/10/2019 | Countryside Veterinary | $134.20 | 86 | 15 |
| 6/10/2019 | Countryside Veterinary | $30.00 | 86 | 15 |
| 6/10/2019 | Countryside Veterinary | $178.00 | 86 | 15 |
| 7/29/2019 | Countryside Veterinary | $96.20 | 94 | 14 |
| 8/19/2019 | Countryside Veterinary | $66.00 | 99 | 12 |
| 7/8/2019 | Danijohnson.com | $7.95 | 94 | 11 |
| 12/13/2018 | Deseret Book | $103.23 | 49 | 11 |
| 6/12/2019 | Deseret Book | $81.89 | 86 | 16 |
| 6/17/2019 | Deseret Book | $114.41 | 86 | 17 |
| 8/12/2019 | Deseret Book | $89.04 | 99 | 11 |
| 8/12/2019 | Deseret Book | $102.21 | 99 | 11 |
| 8/12/2019 | Deseret Book | $185.47 | 99 | 11 |
| 11/7/2018 | Ducks Unlimited | $45.00 | 47 | 21 |
| 7/3/2019 | Dynamicdri | $306.00 | 94 | 10 |
| 7/3/2019 | Dynamicdri | $306.00 | 94 | 11 |
| 7/29/2019 | EJ and Associates | $15.90 | 94 | 14 |
| 11/12/2018 | Ferguson Ent | $2,821.12 | 47 | 22 |
| 5/9/2019 | Gary Gneiting | $100.00 | 85 | 24 |
| 5/15/2019 | Harbor Freight Tools | $61.18 | 85 | 25 |
| 5/28/2019 | Harbor Freight Tools | $34.93 | 85 | 27 |
| 8/14/2019 | Harbor Freight Tools | $17.35 | 99 | 11 |
| 11/7/2018 | Home Depot | $169.78 | 47 | 22 |
| 11/14/2018 | Home Depot | $30.74 | 47 | 23 |
| 11/20/2018 | Home Depot | $149.95 | 47 | 24 |
| 12/3/2018 | Home Depot | $42.28 | 49 | 10 |
| 3/18/2019 | Home Depot | $60.65 | 75 | 12 |
| 4/2/2019 | Home Depot | $74.71 | 79 | 16 |
| 4/29/2019 | Home Depot | $193.79 | 79 | 19 |
| 5/8/2019 | Home Depot | $11.39 | 85 | 24 |
| 5/13/2019 | Home Depot | $41.10 | 85 | 25 |

| 5/14/2019 | Home Depot | $11.54 | 85 | 25 |
|---|---|---|---|---|
| 5/20/2019 | Home Depot | $55.84 | 85 | 26 |
| 6/3/2019 | Home Depot | $5.29 | 86 | 14 |
| 6/7/2019 | Home Depot | $9.55 | 86 | 15 |
| 6/10/2019 | Home Depot | $60.34 | 86 | 16 |
| 6/10/2019 | Home Depot | -$7.45 | 86 | 16 |
| 7/5/2019 | Home Depot | $3.88 | 94 | 11 |
| 7/15/2019 | Home Depot | $1,900.00 | 94 | 12 |
| 7/24/2019 | Home Depot | $19.60 | 94 | 13 |
| 8/19/2019 | House LLC | $82.57 | 99 | 12 |
| 12/19/2018 | Kiwico Inc. | $111.00 | 49 | 11 |
| 6/24/2019 | Kiwico Inc. | $117.66 | 86 | 18 |
| 8/14/2019 | Kristie Stolwo | $66.00 | 99 | 11 |
| 6/10/2019 | Lowes | $25.25 | 86 | 16 |
| 6/10/2019 | Lowes | $21.18 | 86 | 16 |
| 7/8/2019 | Lowes | $62.11 | 94 | 11 |
| 3/21/2019 | North America Coll | $508.65 | 75 | 12 |
| 8/13/2019 | Patreon | $5.00 | 99 | 11 |
| 12/17/2018 | Petsmart | $71.00 | 49 | 11 |
| 2/19/2019 | Petsmart | $73.00 | 74 | 3 |
| 4/23/2019 | Petsmart | $80.00 | 79 | 19 |
| 5/7/2019 | Petsmart | $196.06 | 85 | 24 |
| 5/8/2019 | Petsmart | $22.85 | 85 | 24 |
| 5/14/2019 | Petsmart | $94.63 | 85 | 25 |
| 6/6/2019 | Petsmart | $23.60 | 86 | 15 |
| 6/12/2019 | Petsmart | $24.82 | 86 | 16 |
| 6/25/2019 | Petsmart | $36.03 | 86 | 19 |
| 7/22/2019 | Petsmart | $113.39 | 94 | 13 |
| 7/24/2019 | Petsmart | $70.00 | 94 | 13 |
| 8/12/2019 | Petsmart | $42.37 | 99 | 11 |
| 8/30/2019 | Petsmart | $49.27 | 99 | 15 |
| 8/30/2019 | Petsmart | $7.42 | 99 | 15 |
| 7/29/2019 | Renae Hill | $79.50 | 94 | 14 |
| 7/29/2019 | Scott Wheeler | $84.80 | 94 | 14 |
| 12/24/2018 | Sportsmans Warehouse | $326.45 | 49 | 12 |
| 4/12/2019 | Sportsmans Warehouse | $17.47 | 79 | 17 |
| 6/14/2019 | Sportsmans Warehouse | $176.34 | 86 | 17 |
| 6/17/2019 | Sportsmans Warehouse | $539.97 | 86 | 17 |
| 8/19/2019 | Sportsmans Warehouse | $18.74 | 99 | 12 |
| 11/20/2018 | Staples | $142.33 | 47 | 24 |
| 5/9/2019 | Storyworth.com | $79.00 | 85 | 24 |

| | | | | |
|---|---|---|---|---|
| 6/12/2019 | Tabula Rasa Salt Lake City | $344.80 | 86 | 16 |
| 8/26/2019 | Tabula Rasa Salt Lake City | $76.29 | 99 | 14 |
| 1/9/2019 | Teton Running Comp | $152.64 | 61 | 10 |
| 6/4/2019 | Vargos Jazz City Bozeman | $44.45 | 86 | 14 |
| 3/11/2019 | VENMO | $300.00 | 75 | 11 |
| 4/15/2019 | VENMO | $75.00 | 79 | 17 |
| 5/7/2019 | VENMO | $1,200.00 | 85 | 24 |
| 6/17/2019 | VENMO | $400.00 | 86 | 17 |
| 7/26/2019 | VENMO | $250.00 | 94 | 13 |
| 7/30/2019 | VENMO | $194.00 | 94 | 14 |
| 8/12/2019 | VENMO | $120.00 | 99 | 11 |
| 8/19/2019 | Verizon Premium | $117.44 | 99 | 12 |
| **Total** | | **$23,842.46** | | |