UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re:<br>STEPHEN J. ANDERSON and MELANIE ANDERSON,<br>Debtor. | Case No. 18-40974-JMM<br><br>Chapter 11 |
|---|---|

## ORDER DISMISSING BANKRUPTCY CASE

On November 13, 2019, this Court conducted a hearing in the above-captioned case on creditor Gary L. Rainsdon's Motion to Dismiss (the "Motion"), Dkt. No. 101. During the hearing, the Debtors agreed to dismissal of the above-captioned case and joined the Motion. Upon the agreement of the parties and the record made at the November 13, 2019, hearing:

**IT IS HEREBY ORDERED THAT** the above-captioned case shall be and is hereby **DISMISSED**.



DATED: November 19, 2019

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by Jason R. Naess, attorney for creditor Gary L. Rainsdon.

Approved as to form:

  /s/  Aaron Tolson  (via email)
Aaron Tolson, counsel for Debtors
November 18, 2019

  /s/  David W. Newman (via email)
David W. Newman, Assistant U.S. Trustee
November 18, 2019